UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 22-0759 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) | |

**JOINT MOTION TO VACATE DISPOSITIVE MOTION DEADLINE**

Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation and Defendant

United States Department of State, by undersigned counsel, jointly submit this motion to vacate

the deadline requiring Defendant to produce a *Vaughn* index and a supporting dispositive motion,

as ordered by the Court on May 11, 2022, in this Freedom of Information Act ("FOIA") case.

ECF No. 9.  In support of its motion, the parties state as follows:

1.	This case concerns a November 30, 2021, FOIA request submitted by Plaintiffs to

Defendant.  The request seeks certain agency records relating to whether the President had

engaged in consultation with Congress before banning importation of firearms and ammunition

manufactured in the Russian Federation.  *See* ECF No. 1 ¶¶ 5-7 & Exhibit A.

2.	Defendant is conducting searches for records potentially responsive to Plaintiffs'

request.  The Department is still finalizing its searches, including searches of the classified

system, but thus far has identified approximately 7,500 potentially responsive unclassified

documents for processing.  The Department intends to conduct an initial relevancy review of the

documents to remove facially non-responsive material before beginning to process documents

for production.

3.      Counsel for Plaintiffs and Defendant conferred regarding the status of Defendant's response.  Plaintiffs have agreed to narrow the time frame of their request from January 20, 2021, through August 20, 2021.  The parties agree that, because Defendant is in the process of responding to Plaintiffs' requests, it would be premature to begin briefing on dispositive motions.  Rather, the parties propose to await the conclusion of the agency's initial review and then meet and confer regarding a processing rate.

4.      The parties request to file a Joint Status Report every 60 days until Defendant's production is complete.

5.      Accordingly, the parties respectfully request that the Court enter the attached proposed Order vacating the deadline to submit dispositive motions and requiring the filing of Joint Status Reports every 60 days until Defendant's production is complete.

Dated:  June 10, 2022                                    Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
601-852-3440
DC District Court Bar# MS0009

Robert J. Olson, D.C. Bar #1029318
Jeremiah L. Morgan, D.C. Bar #1012943
William J. Olson, D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

2

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
Facsimile: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*

3