UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 22-0759 (RCL) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of June 13, 2022, ECF No. 11, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation and Defendant United States Department of State, by and through their undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves a FOIA request submitted by Plaintiffs to Defendant on November 30, 2021, seeking records (1) reflecting the President's "consultation with Congress" in imposing the second round of sanctions on the Russian Federation and (2) referencing or discussing the Second Amendment in the limited context of banning the importation of Russian ammunition and firearms. ECF No. 1 ¶ 7 & Exhibit A.

As previously reported, ECF No. 10, Defendant had conducted an initial search for records potentially responsive to Plaintiffs' request and had identified approximately 7,500 potentially responsive unclassified documents for processing. Upon review of the search results, the agency determined that the initial search had yielded a disproportionate amount of irrelevant and/or nonresponsive records. Defendant has further refined the search parameters, which now has resulted in approximately 1,200 potentially responsive records, but comprised of a

voluminous and unworkable page count. The agency intends to meet and confer with Plaintiffs' counsel in the coming weeks concerning search terms for another search, or otherwise narrowing the number of records to be processed. Plaintiffs have agreed to narrow the time frame of their request from January 20, 2021, through August 20, 2021.

Pursuant to the Court's Order of June 13, 2022, ECF No. 11, the parties will file a further Joint Status Report by October 11, 2022, and every 60 days thereafter, advising the Court of the status of Defendant's response to Plaintiffs' requests and proposing further proceedings as appropriate.

Dated: August 12, 2022            Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
601-852-3440
DC District Court Bar# MS0009

Robert J. Olson, D.C. Bar #1029318
Jeremiah L. Morgan, D.C. Bar #1012943
William J. Olson, D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: \_\_\_/s/ *Paul Cirino*_____
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
Facsimile: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*