UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-0759 (RCL) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of October 14, 2022, Plaintiff Gun Owners of America, Inc. and Gun Owners Foundation and Defendant United States Department of State, by and through their undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case and informs the Court as follows:

1. This case involves a FOIA request submitted by Plaintiff to Defendant on November 30, 2021, seeking records (1) reflecting the President's "consultation with Congress" in imposing the second round of sanctions on the Russian Federation and (2) referencing or discussing the Second Amendment in the limited context of banning the importation of Russian ammunition and firearms. ECF No. 1 ¶ 7 & Exhibit A.

2. As previously reported, ECF No. 10, Defendant had conducted an initial search for records potentially responsive to Plaintiffs' request and had identified approximately 7,500 potentially responsive unclassified documents for processing. Upon an initial relevancy review of the search results, the agency determined that the initial search had yielded a disproportionate amount of irrelevant and/or nonresponsive records. Defendant has further refined the search parameters, which resulted in approximately 1,200 potentially responsive records, but still

comprised a voluminous and unworkable page count, as the parties reported to the Court in their last JSR (ECF No. 12). Thereafter, the agency further revised the search parameters which resulted in 103 potentially responsive records, this time consisting of 18,621 pages. The agency met-and-conferred with Plaintiff's counsel, reporting this more reasonable universe of documents, over which the Department conducted a relevancy review to further eliminate non-responsive records. In addition, the Department explained it had tasked its components to conduct additional searches, and that those searches were ongoing. Since the last JSR, the Department has reviewed the set of 103 potentially responsive records and found them to be non-responsive. The Department has also received an additional 34 records from the outstanding taskers and that review is ongoing. At this time, there are no search taskers outstanding.

3. Plaintiffs have agreed to narrow the time frame of their request from January 20, 2021, through August 20, 2021.

4. The Department issued productions on October 13, 2022 and November 23, 2022, issuing a no records response. The Department anticipates making its next production on January 4, 2023.

4. The parties propose that they file a further Joint Status Report by March 23, 2023, and every 60 days thereafter, advising the Court of the status of Defendant's response to Plaintiff's requests and proposing further proceedings as appropriate.

Dated: December 8, 2022
Washington, D.C.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
601-852-3440
DC District Court Bar# MS0009

Robert J. Olson, D.C. Bar #1029318
Jeremiah L. Morgan, D.C. Bar #1012943
William J. Olson, D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-7123
patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*