UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-0759 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation and Defendant United States Department of State, by and through their undersigned counsel, respectfully file this Stipulation of Dismissal.

Dated: August 21, 2023.

Respectfully Submitted,

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
601-852-3440
DC District Court Bar# MS0009

Robert J. Olson, D.C. Bar #1029318
Jeremiah L. Morgan, D.C. Bar #1012943
William J. Olson, D.C. Bar #233833
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney
BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Patricia K. McBride (with permission*)
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-7123
patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, counsel for Plaintiffs, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated:  August 21, 2023

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh